UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

JEFFREY RYLE,
DEBRA RYLE,
          Debtors.
_____/

Case No.: 17-42638-PJS
Chapter 13
Judge: Shefferly

## OBJECTION TO PROOF OF CLAIM NO. 14-1 OF THE MICHIGAN DEPARTMENT OF TREASURY

NOW COMES the Debtors, Jeffrey & Debra Ryle, by and through counsel, Bieber & Czechowski, PLLC, and for their Objection, states as follows:

1. On May 17, 2017, the Michigan Department of Treasury filed a Proof of Claim (Court Claim No. 14-1) in the total amount of $595.16, with $157.66 of the claim a priority debt.
2. The Proof of Claim further alleges that Debtor Debra Ryle had an unfiled tax liability for the 2015 tax year.
3. The Debtors affirmative states that they did, in fact, file a return for the 2015 tax year, and paid the liability owing. See Exhibit B.
4. To the extent that the liability alleged stems from unpaid sales taxes, the Debtors deny that any such taxes are owing for the 2015 tax year.

WHEREFORE, the Debtors respectfully request this Court enter an Order disallowing Court Claim No. 14-1 in its entirety, and grant such other and further relief this Court deems just and proper.

BIEBER & CZECHOWSKI, P.L.L.C.

/s/ *Kimberly M. Lubinski*
KIMBERLY M. LUBINSKI (P62542)
Attorney for the Creditor
26224 Van Dyke Avenue
Center Line, MI 48015
(248) 754-1450
klubinski@bcbestlawfirm.com

Dated: August 2, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

JEFFREY RYLE,
DEBRA RYLE,
                Debtors.
_____/

Case No.: 17-42638-PJS
Chapter 13
Judge: Shefferly

## ORDER DISALLOWING PROOF OF CLAIM NO. 14-1 OF THE MICHIGAN DEPARTMENT OF TREASURY

THIS MATTER having come before the Court on the Debtor's Objection to Proof of Claim No. 14-1 of the Michigan Department of Treasury; no Response having been filed; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE,

IT IS HEREBY ORDERED that Proof of Claim No. 14-1 of the Michigan Department of Treasury in the total amount of $595.16 in hereby disallowed in its entirety.

### EXHIBIT A

# Check Image



This is an image of an item (check, substitute check, or debit memo) which has posted to your account. Items resulting in a non-sufficient funds situation may not have been paid. Unpaid items will show as a credit item in your account history on the business date following the date the item was presented.



EXHIBIT
B

Form B20A (Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

JEFFREY RYLE,
DEBRA RYLE,
        Debtors.
_____/

Case No.: 17-42638-PJS
Chapter 13
Judge: Shefferly

## NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 14-1
## OF THE MICHIGAN DEPARTMENT OF TREASURY

    The Debtors, Jeffrey & Debra Ryle, have filed an objection to your claim in this bankruptcy case.

    **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to deny or change your claim, or if you want the court to consider your views on the motion, then on or before **SEPTEMBER 3, 2017**, you or your attorney must:

    1. File with the court a written response or answer explaining your position at: [1]
        United States Bankruptcy Court
        211 West Fort Street
        Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **RECEIVE** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:
        Bieber & Czechowski, PLLC
        26224 Van Dyke Avenue
        Center Line, MI 48015

    2. Attend the hearing on the objection scheduled to be held **SEPTEMBER 26, 2017 @ 10:00 A.M.** at the United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                BIEBER & CZECHOWSKI, PLLC

                */s/ Kimberly M. Lubinski (P62542)*
                Attorney for the Debtors
                26224 Van Dyke Avenue
                Center Line, MI 48015
                (586) 754-1450
Dated: August 2, 2017        klubinski@bcbestlawfirm.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

JEFFREY RYLE,
DEBRA RYLE,
        Debtors.
_____/

Case No.: 17-42638-PJS
Chapter 13
Judge: Shefferly

      I hereby certify that on August 2, 2017, I electronically filed the Objection to Proof of Claim No. 14-1 of the Michigan Department of Treasury with Clerk of the Court using the ECF system which will send notification of such filing to the following:

**-David Ruskin, Chapter 13 Trustee**

**-Christopher E. Frank, attorney for Creditor Christian Financial Credit Union**

      and I hereby certify that on August 2, 2017, I have mailed by United States Postal Service the Notice of Opportunity to Object foregoing Paper(s) to the Non-ECF Participants:

**-Jeffrey & Debra Ryle, 45691 Bonaventure Drive, Macomb, MI 48044**

**-Sandra Braun, Michigan Dept. of Treasury, Bankruptcy Unit, PO Box 30168, Lansing, MI 48909**

                                    BIEBER & CZECHOWSKI, PLLC

                                    */s/ Andrea N. Campbell*
                                    Andrea N. Campbell, paralegal
                                    26224 Van Dyke Avenue
                                    Center Line, MI 48015
                                    (586) 754-1450
                                    Andreanicolecampbell6@gmail.com